AO 10
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Wilson, Charles R. | 2. Court or Organization<br><br>USCA - 11th Circuit | 3. Date of Report<br><br>03/19/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>United States Circuit Judge | 5a. Report Type (check appropriate type)<br><br>[ ] Nomination   Date<br>[ ] Initial   [✔] Annual   [ ] Final<br><br>5b. [✔] Amended Report | 6. Reporting Period<br><br>01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

U.S. Courthouse
801 N. Florida Avenue, Suite 16-B
Tampa, FL 33602

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

[ ] NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Advisory Council Member | Notre Dame Law School Advisory Council |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

[✔] NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Charles R. | 03/19/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | University of Notre Dame | 10/22/16-10/25/2016 | South Bend, IN | Advisory Council Meeting | lodging and meals |
| 2. | University of Florida | 10/4/16-10/5/2016 | Gainesville, FL | Taught law students | lodging and meals |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Charles R. | 03/19/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Bank of America | Mortgage ▓▓▓ (Santa Rosa Beach, FL (part VII, line 1) | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Charles R. | 03/19/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Rental Property, Santa Rosa Beach, FL | E | Rent | O | W | | | | | |
| 2. Regions 401K(H) | | | | | | | | | |
| 3. Regions Stock Fund | A | Dividend | K | T | | | | | |
| 4. Dodge Cox Int'l Stock Fund | A | Dividend | J | T | | | | | |
| 5. Eaton Vance AG Smith Cap Fdl | A | Dividend | J | T | | | | | |
| 6. Vanguard Windsor II Fund | A | Dividend | K | T | | | | | |
| 7. Morley Stable Value Fund Free 315 | B | Dividend | J | T | | | | | |
| 8. Chase IRA (H) | | | | | | | | | |
| 9. JP Morgan US Gov't MM Funds-Institutional SHS-QVESQ See Section 8 | A | Dividend | J | T | Buy | 03/17/16 | J | | |
| 10. Blackrock Midcap Index FD BRMKZ | A | Dividend | J | T | Buy | 03/17/16 | J | | |
| 11. Blackrock Int'l Index Fd BTMKX | A | Dividend | J | T | Buy | 02/12/16 | J | | |
| 12. Brown Advisory Fds WMC - Strategic EUROPEAN EQI INSTL - BAFHX | A | Dividend | J | T | Buy (add'l) | 03/17/16 | J | | |
| 13. Dodge & Cox Int'l Fds - DODFX | A | Dividend | J | T | Buy (add'l) | 03/17/16 | J | | |
| 14. I Shares MSCI Japan ETF - EWJ | A | Dividend | J | T | Buy | 07/28/16 | J | | |
| 15. I Shares MSCI Eafe Etf EFA | A | Dividend | J | T | Buy (add'l) | 03/17/16 | J | | |
| 16. JP Morgan - TR US EQ FD Class L - JMVEX See line 21 of 2015 SIA4 | A | Dividend | J | W | Sold | 03/15/16 | | | |
| 17. JP Morgan - TR US EQ Fd Partial Sale 3/15/2016 | A | Dividend | J | T | Sold (part) | 03/15/16 | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Charles R. | 03/19/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Massachusetts Investors Trust CL 1 - MITIX | A | Dividend | J | T | Buy (add'l) | 03/17/16 | | | |
| 19. MFS Research Inernational FD CL 1 - MRSIX | A | Dividend | J | T | Buy (add'l) | 03/17/16 | J | | |
| 20. Oakmark Funds - OAKMX | A | Dividend | J | T | Buy (add'l) | 03/17/16 | J | | |
| 21. SPDR S & P 500 ETF Trust - SPY | A | Dividend | K | T | Buy (add'l) | 03/12/16 | J | | |
| 22. Vanguard Index TR - Vanguard 500 Index - FVIAX | A | Dividend | J | T | Buy | 09/28/16 | J | | |
| 23. Dodge & Cox Inc Fd - DODIX | A | Dividend | J | T | Buy (add'l) | 01/19/16 | J | | |
| 24. Federated International High Yield Bond Fund EST - FIHBX | A | Dividend | J | T | Buy (add'l) | 02/05/16 | J | | |
| 25. John Hancock Income Funds - CL 1 - JSTIX | A | Dividend | J | T | Buy (add'l) | 03/17/16 | J | | |
| 26. JP Morgan TR 11 Core BD FD Select CL EST - WOBDX | A | Dividend | J | T | Buy (add'l) | 03/17/16 | J | | |
| 27. Lord Abbett Short Duratin Income FD CL 1 - LLDXX | A | Dividend | J | T | Buy | 03/17/16 | J | | |
| 28. JP Morgan Tr 11 High Yield - OHYFX | A | Dividend | J | T | Buy (add'l) | 03/17/16 | J | | |
| 29. Mainstay High Yield Corporate Bond FD CL 1 - MHYIX | A | Dividend | J | T | Buy (add'l) | 03/17/16 | J | | |
| 30. MFS Ser TR X Emerging Market Debt Fund Class 1 - MEDIX | A | Dividend | J | T | Buy | 07/28/16 | J | | |
| 31. Pimco Fds PAC Invt Mgmt Ser Invt Grade Corporate Bonds FD PIGIX | A | Dividend | J | T | Buy | 07/28/16 | J | | |
| 32. Pimco Total Return FD Instl CL - PTTRX | D | Dividend | J | T | Buy | 07/28/16 | L | | |
| 33. T Rowe New Income Fund Inc - PRCIX | A | Dividend | J | T | Buy (add'l) | 01/15/16 | J | | |
| 34. Vanguard Bd Index Fund Inc. Total BD Market JDX-VBTLX | A | Dividend | J | T | Buy | 10/20/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Charles R. | 03/19/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Vanguard Charlotte Fds Total Intl BD Index Fund - VTABX | A | Dividend | J | T | Buy | 11/28/16 | J | A | |
| 36. Vanguard Fixed Inc SECS Inter Term Invt Grade - VFIDX | A | Dividend | J | T | Buy | 03/01/16 | J | A | |
| 37. Vanguard Sh Term Bd Index FD DMIRAL Shares - VBIRX | A | Dividend | J | T | Buy (add'l) | 03/17/16 | J | A | |
| 38. American Century Value Fd Index - AVLIX | A | Dividend | | | Sold | 02/12/16 | J | B | |
| 39. Blackrock Int'l Midcap Index - BRMIX (See VIII) | | | | | | | | | |
| 40. Blackrock Int'l Index - Institutional MAIIX (See VIII) | | | | | Sold | 01/22/16 | J | A | |
| 41. Deutsche X Trackers MSCI EAFE Hedged - DBEF | A | Dividend | | | Sold | 09/27/16 | J | A | |
| 42. JP Morgan Gr Advantage Div & Cap Reinvest - JGASX | A | Dividend | | | Sold | 02/12/16 | J | B | |
| 43. JP Morgan Mid Cap Equity Fund - VSNGX | A | Dividend | | | Sold | 02/12/16 | J | A | |
| 44. Wisdomtree Japan Hedged Equity Fund - DXJ | A | Dividend | | | Sold | 07/28/16 | J | A | |
| 45. JP Morgan Short Duration Bond Fund - HLLVX | A | Dividend | | | Sold | 10/20/16 | J | A | |
| 46. Blackrock Midcap Fund - BRMIX (same as line 39) (See VIII) | | | | | | | | | |
| 47. MFS Research Int'l Fund - MRSIX | A | Dividend | | | Sold (part) | 04/08/16 | J | A | |
| 48. Blackrock High Yield BD - BHYIX | A | Dividend | | | Sold | 01/15/16 | J | A | |
| 49. Blackrock High Yield - BHYIX | A | Dividend | | | Sold | 04/08/16 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Wilson, Charles R.** | 03/19/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Note:

(1)  Blackrock Int'l Midcap Index - BRMIX was exchanged for Blackrock Midcap Fund - BRMKX on January 22, 2016, (see lines 38 and 45 on Section VII)

(2)  Blackrock Int'l Index Fund MAIIX was exchanged for BTMKX on January 22, 2016 (see line 39).

(3)  JP Morgan Govt MM (line 9)
This is the daily sweep account of cash.

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Charles R. | 03/19/2018 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Charles R. Wilson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544